ERIE RAILROAD COMPANY, Respondent, v. MARY C. MALONE, as Administratrix of the Estate of P. W. GRAHAM, Deceased, Doing Business under the Name of

P. W. Graham Contracting Company, et al., Appellants.— Judgment affirmed, with costs. All concur, except Larkin, J., not voting. (The judgment is for plaintiff in an action under a surety bond.) Present — Cunningham, P. J., Taylor, Dowling, McCurn and Larkin, JJ. [See 268 App. Div. 845.]